Robert J. Pfister (State Bar No. 241370)
PFISTER & SASO, LLP
10250 Constellation Boulevard, Suite 2300
Los Angeles, California 90067
Telephone: (310) 414-4901
Facsimile: (317) 961-6607
Email: rpfister@pslawllp.com

*Requestor of Notice*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| The Roman Catholic Archbishop of San Francisco,<br><br>                Plaintiff,<br><br>-against-<br><br>John DB Roe SF, *et al.*.<br><br>                Defendants. | Adv. Proc. No. 25-03019-DM |
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>                Debtor. | Case No. 23-30564-DM<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE** |

The undersigned hereby requests notice of matters and proceedings in the above-captioned adversary proceeding.

DATED: January 30, 2025         PFISTER & SASO, LLP

                                      By:   */s/ Robert J. Pfister*
                                            10250 Constellation Boulevard, Suite 2300
                                            Los Angeles, California 90067
                                            Telephone: (310) 414-4901
                                            Facsimile: (317) 961-6607
                                            Email: rpfister@pslawllp.com

                                            *Requestor of Notice*