Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| | Adv. No. 25-03019 |
|    Debtor and<br>   Debtor in Possession. | **CERTIFICATE OF SERVICE** |
| The Roman Catholic Archbishop of San Francisco, | |
|    Plaintiff, | Judge: Hon. Dennis Montali |
|   v. | |
| John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116, | |
|    Defendants. | |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On May 6, 2025, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Complaint Seeking Declaratory and Injunctive Relief Under Bankruptcy Code Sections 105(a) and 362 that the Automatic Stay Extends to All State Court Cases in Which Debtor is Named as a Defendant and as to All Cases in Which a Non-Debtor Affiliate is Named as a Defendant [Adv. Docket No. 1]**

- **Order re: Initial Disclosures and Discovery Conference [Adv. Docket No. 3]**

- **Corrected Summons and Notice of Scheduling Conference in an Adversary Proceeding [Adv. Docket No. 5]**

- **Adversary Proceeding Cover Sheet [Adv. Docket Nos. 1-2 and 1-3]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 8, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

**Exhibit A**

**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Boucher LLP | 21600 Oxnard Street | Suite 600 | Woodland Hills,  CA  91367 | First Class Mail |
| Constant Legal Group | 737 Bolivar Rd. | Suite 440 | Cleveland,  OH  44115 | First Class Mail |
| Donahoo & Associates P.C. | 440 West First Street | Suite 101 | Tustin, CA 92780 | First Class Mail |
| Drivon Law Firm LLP | 3439 Brookside Road | Suite 104 | Stockton, CA  95219 | First Class Mail |
| Edwards de la Cerda PLLC | 1341 W Mockingbird Ln. | Ste 580W | Dallas, TX 75247 | First Class Mail |
| Herman Law | 800 S Broadway | #300 | Walnut Creek, CA 94596 | First Class Mail |
| James,  Vernon & Weeks, P.A. | 1626 Lincoln Way | | Coeur d'Alene, ID 83815 | First Class Mail |
| Jeff Anderson & Associates | 12011 San Vicente Boulevard | Suite 700 | Los Angeles, CA 90049 | First Class Mail |
| Joel Bieber Law Firm | 6806 Paragon Place | Suite 100 | Richmond, VA 23230 | First Class Mail |
| KBM Law | 6701 Center Drive West | Suite 1400 | Los Angeles, CA 90045 | First Class Mail |
| Ketterer,  Browne & Associates | 336 South Main Street | | Bel Air, MD 21014 | First Class Mail |
| Law Offices of Joseph C. George,  Ph.D. | 601 University Avenue | Suite 270 | Sacramento, CA 95825 | First Class Mail |
| Liakos Law,  APC | 1611 S. Pacific Coast Hwy | Ste 200D |  Redondo Beach, CA 90277 | First Class Mail |
| Pearson Warshaw,  LLP | 15165 Ventura Boulevard | Suite 400 | Sherman Oaks, CA 91403 | First Class Mail |
| Reich & Binstock,  LLP | 4265 San Felipe | Suite 1000 | Houston,  TX  77027 | First Class Mail |
| Ribera Law Firm | 157 West Portal Avenue | Suite 2 | San Francisco, CA 94127 | First Class Mail |
| Slater Slater Schulman LLP | 8383 Wilshire Boulevard | Suite 255 | Beverly Hills,  CA  90211 | First Class Mail |
| The Zalkin Law Firm,  P.C. | 10590 West Ocean Air Drive | Suite 175 | San Diego,  CA  92130 | First Class Mail |
| Thompson Law Offices | 700 Airport Boulevard | Suite 160 | Burlingame,  CA  94010 | First Class Mail |
| Van Blois Law | 7677 Oakport Street | Suite 565 | Oakland, CA 94621 | First Class Mail |
| Winer, Burrit & Scott, LLP | 1901 Harrison Street,  Suite 1100 | | Oakland, CA 94612 | First Class Mail |