James I. Stang (CA Bar No. 94435)
Brittany M. Michael, *(Pro Hac Vice)*
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
       bmichael@pszjlaw.com
       ggreenwood@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Adv No. 25-03019 (DM) |
| The Roman Catholic Archbishop of San Francisco,<br><br>    Plaintiff,<br><br>    v.<br><br>John DB Roe SF, *et al.*,<br><br>    Defendants. | **STIPULATION PERMITTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE**<br><br>[No Hearing Requested] |

    The Roman Catholic Archbishop of San Francisco ("Plaintiff" or "Debtor") and the Official Committee of Unsecured Creditors of the Debtor (the "Committee") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

    WHEREAS, Plaintiff filed a voluntary petition under chapter 11 of the Bankruptcy Code and is the debtor and debtor in possession in the above-captioned case.

    WHEREAS, the Office of the United States Trustee appointed the Committee. The Committee consists of nine individuals who filed claims alleging they were minors who were sexually abused by perpetrators for whom the Debtor was responsible. *See* Docket No. 58.

4932-8295-5841.2 05068.002

WHEREAS, on April 28, 2025, Plaintiff commenced the above-referenced adversary proceeding (the "Adversary Proceeding") by filing its *Complaint Seeking Declaratory and Injunctive Relief Under Bankruptcy Code Sections 105(A) and 362 that the Automatic Stay Extends to All State Court Cases in Which Debtor Is Named as a Defendant and as to All Cases in Which a Non-Debtor Affiliate Is Named as a Defendant* [Adv. Docket No. 1] (the "Complaint") against certain individuals.

WHEREAS, the Committee has requested that it be permitted to appear, be heard, and intervene in the Adversary Proceeding.

WHEREAS, Plaintiff does not oppose the Committee's intervention in the Adversary Proceeding.

WHEREAS, the Parties contend that the Committee's intervention in the Adversary Proceeding will not unduly delay or prejudice the adjudication of the original parties' rights since, among other things, the time for answering the Complaint has not expired.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

1. Pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 7024, the Committee shall be permitted to appear, be heard, and intervene in the Adversary Proceeding for all purposes (including to take discovery pursuant to the Federal Rules of Bankruptcy Procedure); provided however that the Committee shall not be required to respond to the Complaint.

Dated: May 28, 2025                                **PACHULSKI STANG ZIEHL & JONES LLP**

                                                By    */s/ Gail S. Greenwood*
                                                       James I. Stang
                                                       Brittany M. Michael
                                                       Gail S. Greenwood

                                                       Attorneys for the Official Committee of
                                                     Unsecured Creditors

Dated: May 29, 2025

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

By /s/ Paul Pascuzzi
Paul Pascuzzi
Jason E. Rios
Thomas Phinney

-and-

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By /s/ Ori Katz
Ori Katz
Alan H. Martin
Jeannie Kim

Attorneys for The Roman Catholic Archbishop of San Francisco