1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD WILLOUGHBY
3     PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8     A Limited Liability Partnership
      Including Professional Corporations
9  ORI KATZ, State Bar No. 209561          AMANDA L. COTTRELL, Cal. State Bar No.
   ALAN H. MARTIN, State Bar No. 132301    360215
10 JEANNIE KIM, State Bar No. 270713       2200 Ross Avenue, 20th Floor
   Four Embarcadero Center, 17th Floor     Dallas, Texas 75201
11 San Francisco, California 94111-4109    Telephone:    (469) 391-7400
   Telephone:    (415) 434-9100            Facsimile:    (469) 391- 7401
12 Facsimile:    (415) 434-3947            Email:        acottrell@sheppardmullin.com
   Email:        okatz@sheppardmullin.com
13               amartin@sheppardmullin.com
                 jekim@sheppardmullin.com
14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>      Plaintiff,<br><br>    v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe | **NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING STAY TO ALL STATE COURT CASES IN WHICH DEBTOR AND/OR NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 362**<br><br>Judge:  Hon. Dennis Montali<br>Date:   June 26, 2025<br>Time:   1:30 p.m.<br>Place:  Zoom.Gov |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br>　　　　　Defendants, |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE** that on May 29, 2025, The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession in the above-captioned chapter 11 case and plaintiff in the above-captioned adversary proceeding (the "Debtor"), filed its *Motion for Order Extending Stay to All State Court Cases in Which Debtor and Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Motion"), *Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Memorandum of Points and Authorities"),[1] and supporting declarations of Paul E. Gaspari (the "Gaspari Declaration") and Barron L. Weinstein (the "Weinstein Declaration").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion (the "Hearing") will be conducted via videoconference has been scheduled for **June 26, 2025, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Debtor seeks entry of one or more orders for declaratory and injunctive relief as follows:

---

[1] Capitalized terms not otherwise defined in this notice shall have the same meanings ascribed to them in the Motion and Memorandum of Points and Authorities.

1. A declaration that the automatic stay under Bankruptcy Code Section 362(a)[2] applies to all State Court Actions in which the Debtor is named as a co-defendant along with Non-Debtor Affiliates;

2. A declaration that the automatic stay under Section 362(a) applies to all State Court Actions in which Non-Debtor Affiliates are named as defendants because such actions would implicate property of the estate;

3. A declaration that any acts to continue prosecution, discovery, or trial preparation in these State Court Actions violate the automatic stay and are void;

4. A declaration that the automatic stay extends to any future State Court Actions that plaintiffs may seek to actively litigate against the Debtor and/or Non-Debtor Affiliates during the pendency of this Case; and

5. In addition, and in the alternative, an injunction pursuant to Bankruptcy Code Section 105(a) barring the prosecution of each of the State Court Actions which names any of the Non-Debtor Affiliates as a defendant and the Debtor as a co-defendant during the pendency of this Case, or until further order of this Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the Memorandum of Points and Authorities, the previously filed Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions (the "Passarello Decl.") [ECF No. 14], the previously filed Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [ECF No. 15], the concurrently filed Gaspari and Weinstein Declarations, the supporting exhibits for each, all pleadings, papers, and records on file with the Court, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the Hearing.

**NOTICE IS FURTHER GIVEN** that the Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website. The Bankruptcy

---

[2] All section references in this notice are to title 11 of the United States Code (the "Bankruptcy Code").

Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that on or before **June 12, 2025**, any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor and its bankruptcy counsel as listed on the upper left-hand corner of the first page of this notice, and any other party that has requested notice in the above-captioned adversary proceeding. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: May 29, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By  /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 29, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ
AMANDA L. COTTRELL

Attorneys for The Roman Catholic Archbishop of San Francisco