1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD WILLOUGHBY
      PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:     (916) 329-7400
   Facsimile:     (916) 329-7435
6  Email:         ppascuzzi@ffwplaw.com
7                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
8                 mkutsuris@ffwplaw.com

9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
10    Including Professional Corporations
   Ori Katz, State Bar No. 209561            Amanda L. Cottrell, Cal. State Bar No. 360215
11 Alan H. Martin, State Bar No. 132301      2200 Ross Avenue, 20th Floor
   Jeannie Kim, State Bar No. 270713         Dallas, Texas 75201
12 Four Embarcadero Center, 17th Floor       Telephone:     (469) 391-7400
   San Francisco, California 94111-4109      Facsimile:     (469) 391-7401
13 Telephone:     (415) 434-9100             Email: acottrell@sheppardmullin.com
   Facsimile:     (415) 434-3947
14 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
15                jekim@sheppardmullin.com

16 Attorneys for The Roman Catholic Archbishop of
   San Francisco

17                     UNITED STATES BANKRUPTCY COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19 | | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | Adv No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco, | **NOTICE OF AMENDED EXHIBIT B TO STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS** |
| Plaintiff, | |
| v. | |
| John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, | Judge: Hon. Dennis Montali<br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br>     Defendants, |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case" or "Main Case"), and the plaintiff in the above-captioned adversary proceeding (the "Adversary"), hereby files an Amended Exhibit B to the *Stipulation by and Among The Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants* [ECF No. 21] (the "Stipulation")[1]:

  1.  The Stipulation was filed in the Adversary at ECF No. 21. Exhibit B to that Stipulation is being amended to add six (6) additional Affiliate State Court Actions that the Survivor Defendants agreeing are enjoined from proceeding.

  2.  A true and correct copy of the Amended Exhibit B is attached hereto as ***Exhibit B-Amended***; and;

//

///

///

///

///

///

///

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Stipulation.

3. For the convenience of the Court and the parties, a true and correct copy of the compare document that reflects the changes is attached hereto as **Exhibit 2** (the "Redline"). The Redline shows that the six additional Affiliate State Court Actions are found at numbers twenty-five (25) through thirty (30), under the "Catholic Charities CYO of the Archdiocese of San Francisco" heading.

Dated: August 26, 2025　　　　　　　　FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 26, 2025　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

# AMENDED EXHIBIT B

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT 2

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. [John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050](#)

28. [John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069](#)

29. [John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924](#)

30. [John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961](#)

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3

through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.